### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  September 24, 2015                    105756
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v
                                        MEMORANDUM AND ORDER

MELVIN ROSS,
                        Appellant.
_____

Calendar Date:  August 10, 2015

Before:  Peters, P.J., Lahtinen, Garry and Egan Jr., JJ.

_____

        Marshall Nadan, Kingston, for appellant.

        D. Holley Carnright, District Attorney, Kingston (Joan Gudesblatt Lamb of counsel), for respondent.

_____

        Appeal from a judgment of the County Court of Ulster County (Williams, J.), rendered December 11, 2012, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

        In satisfaction of a six-count indictment, defendant pleaded guilty to criminal sale of a controlled substance in the third degree.  He was sentenced as a prior felony offender to an agreed-upon prison term of eight years followed by three years of postrelease supervision.  Defendant now appeals.

        Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal.  Based upon our review of the record and the briefs, we agree.  The judgment is, therefore, affirmed and counsel's request for leave to withdraw

is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633, 636 [2001]).

Peters, P.J., Lahtinen, Garry and Egan Jr., JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court